IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRUCE DOOLEY,<br><br>        Plaintiff,<br><br>vs.<br><br>COMMISSIONER of SOCIAL SECURITY,<br><br>        Defendant. | Civil No. 18-cv-2047-DGW |

## **JUDGMENT IN A CIVIL CASE**

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Donald G. Wilkerson (Doc. 30), the Commissioner's final decision denying plaintiff's application for social security disability benefits is **AFFIRMED**.

Judgment is entered in favor of defendant Commissioner of Social Security and against plaintiff Bruce Dooley.

DATED:  December 4, 2019

                                                               **MARGARET M. ROBERTIE**
                                                               **Clerk of Court**

                                                               **BY:**     **s//Angie Vehlewald**
                                                                            **Deputy Clerk**

**Approved:**
**s/ Donald G. Wilkerson**
**Donald G. Wilkerson**
**U.S. Magistrate Judge**